UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH R. DUNLAP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:12CV1876 SNLJ (TCM) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III, filed November 20, 2013 (#19). Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Mummert. In his report, Magistrate Judge Mummert recommends that the Court affirm the decision of the Commissioner denying plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1381-1383b, and dismiss plaintiff's complaint. The parties were given fourteen days to file written objections. Plaintiff has filed written objections to the Report and Recommendation.

When a party objects to a magistrate judge's report and recommendation, the Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). In his objections, plaintiff renews arguments he made to the Magistrate Judge in favor of reversing the decision of the Administrative Law Judge ("ALJ"). Plaintiff contends that the ALJ's decision is based on "significantly inconsistent findings" on severe impairments and residual functional capacity. Specifically, plaintiff argues that the ALJ's finding that plaintiff has no physically severe

impairments is inconsistent with the limitation in the residual function capacity determination to light work.

After review of the record in this matter, the Court concurs in the detailed Report and Recommendation of the Magistrate Judge, and will affirm the decision of the Commissioner.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's objections to the United States Magistrate Judge's Report and Recommendation are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the United States Magistrate Judge (#19) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1381-1383b, is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Memorandum and Order.

Dated this 27th day of January, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE